UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL HARRINGTON,

           Plaintiff,                        Civil Action No. 16-CV-11076
vs.                                    HON. MARK A. GOLDSMITH

CREDENCE RESOURCE
MANAGEMENT, LLC,

           Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having received Plaintiff's notice of voluntary dismissal (Dkt. 5), dismisses

the case with prejudice and without costs to either party.

SO ORDERED.

Dated:  May 5, 2016                s/Mark A. Goldsmith
Detroit, Michigan             MARK A. GOLDSMITH
                               United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 5, 2016.

                               s/Karri Sandusky
                               Case Manager